No. 02–10500.  PHILLIPS *v.* JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10511.  HAUGHTON *v.* GALLEY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–10517.  HALE *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–10520.  MARSHALL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10521.  PERKINS *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 02–10526.  JAQUEZ *v.* OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 02–10528.  BUTLER *v.* BOWEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10530.  NEAL *v.* ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10532.  BRITT *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10533.  STEVENS *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 02–10535.  RAMIREZ-ALANIZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10536.  STRASSINI *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–10543.  HAMRICK *v.* ARABIAN HORSE EXPRESS ET AL. Ct. App. Kan.  Certiorari denied.

No. 02–10546.  ANDREWS *v.* BACA, SHERIFF, LOS ANGELES COUNTY, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.